# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| AARON GAMBLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES COUNTY, MARYLAND, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 8:20-cv-03126-PWG |

### STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS
### AGAINST DEFENDANT CHARLES COUNTY, MARYLAND

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and consistent with the Settlement Agreement entered into between Plaintiff Gamble and Defendant Charles County, Maryland (collectively, the "Parties"), the Parties hereby jointly stipulate to the dismissal with prejudice of all claims asserted by Plaintiff against Defendant Charles County, Maryland. Plaintiff's claims against Defendant Sheriff Troy D. Berry remain pending.

Plaintiff By:    */s/ Megan K. Mechak*                    Date: January 27, 2022
              Megan K. Mechak (Bar No. 27584)
              Diana J. Nobile *(Admitted Pro Hac Vice)*
              Sarah M. Block *(Admitted Pro Hac Vice)*
              McGILLIVARY STEELE ELKIN LLP
              1101 Vermont Avenue, N.W.
              Suite 1000
              Washington, DC  20005
              Phone: (202) 833-8855
              mkm@mselaborlaw.com
              djn@mselaborlaw.com
              smb@mselaborlaw.com

              *Counsel for Plaintiff*

Defendants By:    */s/ Raymond R. Mulera*                Date: January 27, 2022
              Raymond R. Mulera

7225 Parkway Drive
Hanover, MD 21076
Phone: (443) 561-1719
Facsimile: (443) 561-1701
rmulera@lgit.org

*Counsel for Defendant Charles County, Maryland*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2022, I caused a true and correct copy of the foregoing paper to be filed via the Court's ECF system, which will automatically send notification of such filing to the attorneys of record in this case.

*/s/ Megan K, Mechak*
Megan K. Mechak